UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAYBREAK METRO INC., et al.,<br><br>　　　　Defendants. | No.  2:24-cv-00124-TLN-CKD PS<br><br><br>ORDER |

　　　Plaintiff proceeds pro se with this civil action. Defendants Daybreak Metro Inc. and James Glenn McNeil filed a motion to dismiss on March 22, 2024. (ECF No. 10.) Plaintiff has requested an extension of time to file an opposition to the motion to dismiss. (ECF No. 13.) Good cause appearing, the court ORDERS the following:

　　　1.  Plaintiff's request for an extension of time (ECF No. 13) is GRANTED.

　　　2.  Plaintiff may file an opposition to the motion to dismiss filed on March 22, 2024, within 30 days of the date of this order.

　　　3.  The hearing on defendants' motion to dismiss set for May 1, 2024, is VACATED and will be re-set at a later date, if appropriate.

Dated:  April 18, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8
smit24cv0124.eot.mtd

1