UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>DAYBREAK METRO INC., et al.,<br><br>  Defendants. | No. 2:24-cv-0124-TLN-CKD<br><br>**ORDER** |

Plaintiff filed the above captioned civil action without counsel. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 21, 2024, and July 16, 2024, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF Nos. 16, 18.) The time to file objections has passed, and Plaintiff has not filed any objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on June 21, 2024, and July 16, 2024 (ECF Nos. 16, 18), are ADOPTED IN FULL;
2. The Court GRANT Defendants Daybreak Metro Inc. and James Glenn McNeil's Motion to Dismiss (ECF No. 10) without leave to amend;
3. The Court DISMISSES Plaintiff's claims against Patrick K. Willis Co. Inc., Patrick K. Willis, and American Recovery Service Inc without leave to amend; and
4. The Clerk of the Court is directed to close this case.

Date: August 15, 2024

Troy L. Nunley
United States District Judge

2